UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARGARITA CRUZ
o/b/o Luis Fonseca, Deceased

     v.                                                CA 14-526 ML

CAROLYN COLVIN,
Acting Commissioner of Social Security

<u>MEMORANDUM AND ORDER</u>

This matter is before the Court on the Report and Recommendations issued by Magistrate

Judge Sullivan on February 18, 2016 (Docket #14).  No objection has been filed, and the time for

doing so has passed.  The Court has reviewed the Report and Recommendations and concurs in

the conclusion and recommendations.

The Plaintiff's Motion to Reverse (Docket #7) is DENIED, and the Defendant's Motion

for an Order Affirming the Decision of the Commissioner (Docket #10) is GRANTED.

SO ORDERED:

<u>*/s/ Mary M. Lisi*</u>
Mary M. Lisi
Senior United States District Judge
March 17, 2016